* * * * * * * * * * *
The undersigned have reviewed the prior Opinion and Award based upon the record of the proceedings before Deputy Commissioner Dollar. The appealing party has shown good grounds to receive further evidence. It is therefore ORDERED that this case is hereby REMANDED to the Chief Deputy Commissioner for conduct of an evidentiary hearing for the purpose of obtaining additional evidence on the issues of compensability and last injurious exposure.
This the ___ day of November 2003.
S/___________________ BUCK LATTIMORE COMMISSIONER
 CONCURRING: *Page 2 
 S/___________________ CHRISTOPHER SCOTT COMMISSIONER
 S/___________________ PAMELA T. YOUNG CHAIR *Page 1